JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN MILLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., a New York corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:17-CV-03616 RGK-JEM<br><br>**[PROPOSED] ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**Honorable R. Gary Klausner** |

Having reviewed the parties' Joint Stipulation for Dismissal of Action with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), it is hereby ordered that this entire action is dismissed with prejudice in its entirety with each party to bear her/its own respective costs and fees.

**IT IS SO ORDERED**.

Dated: November 21, 2017

By: /s/ Gary Klausner
R. GARY KLAUSNER
United States District Judge

-1-
[PROPOSED] ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE

4874966v.1